IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COREY D. TURNER, )<br>)<br>Defendant. ) | Case No. 4:08CR00034-01<br><br>**ORDER**<br><br>By: Jackson L. Kiser<br>Senior United States District Judge |

Before me is the Defendant's Motion to Dismiss the Indictment of Corey D. Turner [Docket 24]. In this case, the Defendant alleges: The Sexual Offender Registration and Notification Act ("SORNA") is not enforceable; the Western District of Virginia is not a proper venue; the Attorney General's Interim Rule violates the Administrative Procedure Act, SORNA violates the Commerce Clause; Congress violated the Non-Delegation Doctrine; SORNA violates due process; and SORNA produces unconstitutional *ex post facto* penalties.

For the reasons contained in the accompanying Memorandum Opinion, the Defendant's Motion to Dismiss the Indictment of Corey D. Turner is **DENIED**.

The Clerk is directed to send a copy of this ORDER and the accompanying MEMORANDUM OPINION to all counsel of record.

Entered this 12th day of June, 2009.

                                                      s/Jackson L. Kiser
                                                      Senior United States District Judge